No. 68799.—Amity Fabrics, Inc. v. United States, protests 63/2844(A), etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 1, 1964

No. 68800.—Devon Tape Corp. v. United States, protests 294668–K, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of vinyl tape, coated on one side with an adhesive, similar in all material respects to that the subject of Abstract 67888, the claim of the plaintiff was sustained. As to certain of the entries, the protests, having been abandoned, were dismissed.